■ DEBORAH BRUNO, Appellant, v DELLWOOD FOODS, INC., Respondent

Since the defendant did not challenge the relevance of the requested inspection and, indeed, indicated it would permit the filming of the milk-filling process so long as certain safety precautions were undertaken, Special Term abused its discretion in failing to allow the filming and in vacating the plaintiff's demand therefor. Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.